**REQUEST FOR ORAL ARGUMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., et al.,<br>　　*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>　　*Defendants,*<br><br>and<br><br>VINEYARD WIND 1, LLC,<br>　　*Intervenor-Defendant.* | Civil Action No. 1:22-cv-11091-IT<br><br>Hon. Indira Talwani |

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

Please take notice that, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.1, and 56.1, Plaintiffs Seafreeze Shoreside, Inc., Long Island Commercial Fishing Association, Inc., XIII Northeast Fishery Sector, Inc., Heritage Fisheries, Inc., NAT W. Inc., and Old Squaw Fisheries, Inc. (collectively, the "Seafreeze Plaintiffs") respectively move for summary judgment against the United States Department of the Interior; Debra Halland (in her official capacity); the Bureau of Ocean Energy Management; Amanda Lefton (in her official capacity); Laura Daniel-Davis, in her official capacity; the United States Department of Commerce; Gina M Rainondo (in here official capacity); The National Oceanic and Atmospheric Administration/National Marine Fisheries Service; Catherine Marzin (in her official capacity capacity); Lloyd J. Austin(in his official capacity); Lt. Gen. Scott A. Spellmon (in his official capacity); and Colonel John A. Atilano II (in his official capacity) (collectively the "Federal

Defendants") and Vineyard Wind 1, LLC, the Intervenor-Defendant, as to all claims set forth in the Seafreeze Plaintiffs' Complaint, Doc. No. 1.

This Motion is based on (1) this Notice and Motion, (2) the accompanying declarations filed herewith and all documents cited therein; (3) the accompanying Memorandum of Points and Authorities filed herewith including all declarations and other documents cited therein; (4) the accompanying Statement of Material Facts, filed concurrently herewith and all declarations and other documents cited therein, (5) the Administrative Record filed in this action; (6) all other pleadings, papers, and records filed in this action; and (7) such oral and documentary evidence as may be presented at any hearing on this Motion set by the Court.

## REQUEST FOR ORAL ARGUMENT

Due to the extent of the materials associated with this motion and the complexity of the issues it raises, the Plaintiffs request the Court schedule oral argument on the motion.

DATE: November 7, 2022,         Respectfully submitted,

/s/*Theodore Hadzi-Antich*
ROBERT HENNEKE (*pro hac vice*)
TX Bar No. 24046058
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH (*pro hac vice*)
CA Bar No. 264663
tha@texaspolicy.com
CONNOR MIGHELL (*pro hac vice*)
TX Bar No. 24110107
cmighell@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:     (512) 472-2700
Facsimile:     (512) 472-2728

/s/*Ira H. Zaleznik*
IRA H. ZALEZNIK (BBO #538800)
izaleznik@lawson-weitzen.com
LAWSON & WEITZEN, LLP

88 Black Falcon Ave., Suite 345  
Boston, MA 02210-2414  
Telephone:     (617) 439-4990  
Facsimile:      (617) 439-3987  

*Attorneys for Plaintiffs Seafreeze, et al.*

## CERTIFICATE OF CONFERENCE

I, Theodore Hadzi-Antich, hereby certify that in compliance with Local Rule 7.1, I have conferred with counsel for Federal Defendants and counsel for Defendant-Intervenor, Vineyard Wind, in a series of good faith email and telephonic communications spanning several months, the most recent of which occurred on November 1, 2022, through November 2, 2022, in an effort to resolve or narrow the issues, which ultimately did not prove fruitful.

DATE: November 7, 2022,          */s/Theodore Hadzi-Antich*  
                                                THEODORE HADZI-ANTICH

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Summary Judgment, as well as the declarations and the proposed order filed herewith, were filed electronically on November 7, 2022, with the Clerk of the Court for the District of Massachusetts by using the CM/ECF system, causing electronic service upon all counsel of record who have registered with the Court's CM/ECF system.

                                          */s/Theodore Hadzi-Antich*
                                        THEODORE HADZI-ANTICH