**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SEAFREEZE SHORESIDE, INC.,
et al.,
          *Plaintiffs*,

v.

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,
          *Defendants,*

and

VINEYARD WIND 1, LLC,
          *Intervenor-Defendant.*

Civil Action No. 1:22-cv-11091-IT

Hon. Indira Talwani

**DECLARATION OF DAVID ARIPOTCH**

I, David Aripotch, hereby declare as follows:

1.     I am over the age of eighteen (18) and am competent to testify in this matter.  I have personal knowledge of the following facts and if called upon to do so could competently testify to them under oath.  As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.     I am the Owner and President of Plaintiff Old Squaw Fisheries, Inc. ("Old Squaw").

3.     Old Squaw is a member of the Long Island Commercial Fishing Association ("LICFA").

4.     I make this declaration in support of the Plaintiffs in the case of *Seafreeze Shoreside, Inc., et al. v. The United States Department of The Interior, et al.*

5.     Old Squaw is a commercial fishing company that owns and operates a commercial fishing boat called "F/V Caitlin & Mairead," of which I am the owner and captain.  My boat is a

73' twin-ramp steel stern trawler, a mixed-trawl fishing boat, built by Carl Bock.  I purchased the boat used in 2006.

6.      The F/V Caitlin & Mairead fishes in the federal waters of the Atlantic Ocean from the coast of Massachusetts down to the coast of North Carolina, including areas on the Outer Continental Shelf.

7.      The F/V Caitlin & Mairead routinely fishes for squid, scup, and whiting within the Vineyard Wind lease area, which is a treasured, historic, and extremely productive squid fishing ground on the Outer Continental Shelf.

8.      The Vineyard Wind lease area is one of the premier fishing grounds used by the F/V Caitlin & Mairead for the harvest and commercial sale of loligo squid.

9.      In a typical year, I take the F/V Caitlin & Mairead trip fishing for squid into the Vineyard Wind lease area approximately 25-40 times a year, with each such trip lasting approximately three days.

10.      The F/V Caitlin & Mairead is a trawl fishing boat, meaning that we trawl (pull) a net in the water.  The two steel doors that are connected by tow wire to the ground gear function to keep the net open by the doors spreading the net outward while I pull the net from behind my boat, moving forward.  Depending on where I am fishing within the lease area, I can have 100 fathoms (600 feet) of tow wire on the beach inside in more shallow water, or up to 200 fathoms (1200 feet) of tow wire outside in deeper water.  I use 60 fathom (360 feet) of ground gear, so the width of the net could be 28-34 fathoms (168-204 feet wide) or, in deeper water, it's between 38-50 fathoms (228-300 feet wide).  Overall, my gear from behind the boat measures from a third to a half-mile behind my vessel depending on where I am fishing within the lease area.

11.     After catching the squid in the Vineyard Wind area, I steam back to port in Montauk and land my catch to send either to a fish dealer at Hunts Point in the Bronx (formerly the Fulton Fish Market) or to a shoreside processor.

12.     Annual revenues generated from trip fishing for squid by F/V Caitlin & Mairead in the Vineyard Wind lease area in a typical year generates approximately $175,000-$350,000, which constitutes approximately 30% of the total annual revenues of Old Squaw in any given year.

13.     My understanding is that each of the anticipated 60-80 turbines to be built in the Vineyard Wind lease area will reach the height of Rockefeller Center in New York City, with blades as long as a football field, and the turbines will contain large quantities of oils and other chemicals.  The turbines will be pile-driven into the ocean bottom of the Outer Continental Shelf of the Vineyard Wind lease area, producing high levels of low-frequency noise capable of injuring fish and marine mammals, and the continuous operation of the turbines will produce further noise, and electromagnetic energy emanating from the cables will disturb existing marine life, including squid.

14.     Because of the nature of trawl fishing, the spacing of the turbines will not allow for safe transit lanes in the Vineyard Wind area for the F/V Caitlin & Mairead.  A transit lane, if it were far wider than that set forth in the Vineyard Wind COP, might give me the ability to safely transit to and from other fishing grounds or to my home port in fair weather.  But with only one nautical mile, that is just not enough room to risk getting through with other boats, tide, and wind with which I must deal.  If I were to lose power suddenly, I can't take the chance of slamming into one of the turbines.

15.     Additionally, the wind turbines will interfere with marine radar which will impact any transit corridors that exist and will therefore make navigation of the F/V Caitlin & Mairead

that much more dangerous in the Vineyard Wind lease area.  Impacts to High Frequency radar used for Search and Rescue, and the height of the turbines themselves will make helicopter rescue efforts in case of damage to the boat and or injury to the crew problematic.  Furthermore, trawl fishing gear will become "entangled in protections placed over cables or around foundations" of turbines and related infrastructure, making commercial fishing by the F/V Caitlin & Mairead in the Vineyard Wind lease area untenable.  *See* Vineyard Wind Final EIS at 3-214, 215, 219, 221, 222.

16.     If in-water construction of the Vineyard Wind project commences, the F/V Caitlin & Mairead will not be able to fish within the wind energy area because of the safety risks posed by the construction activities.  The F/V Caitlin & Mairead could snag up or hang up on the cables, and I could lose control of the boat when the gear gets hooked up with the cable, which could risk having the boat flip over.  Or if they move boulders in the area, or create armoring with boulders, the same thing could happen, where the gear gets stuck and then you have no control over the boat. In the past when other ships have been offshore laying telecommunications cable, which is much smaller, they require you to be at least two miles away from them and you aren't allowed to get within a mile and a half of them due to safety, yet wind developers tell us we should be okay with one nautical mile, it's ludicrous.

17.     Once the wind turbines are in-place and ready to operate, the safety risks of fishing in the F/V Caitlin & Mairead will be even greater.  Any number of things could happen at sea within the Vineyard Wind project area that could cause damage to my boat and/or loss of life.  For example, rope could get caught in my wheel, which would mean I lose my ability to steer the boat. There is rope floating in the ocean all the time.  On more than one occasion, I have had rope in my wheel and have had to dive under my boat to free the wheel, or had another boat come out to pull

me in to shore because when the wheel is clogged, you lose mobility, you cannot steer the boat.  If

that happened with turbines nearby, and if I'm unable to steer the boat, I could slam into a turbine

in the open ocean.  In addition, I could get hung up on another boat's gear because the turbines

will lessen the area (space) you have to fish and limiting the trawl bottom to the space between the

turbines.  Then you have hangs, wrecks or rocks that already exist, now limiting available towable

ocean bottom.  For boats in a passing situation, you could tangle gear because when you tow too

close together, there's not enough room.  I have once had my boat tangled with another boat's

gear.  When that happens you, both lose control of your boat's ability to steer.  Add wind, weather

and tide, and instead of having open ocean to fix the situation, we could both slam into one of the

turbines.  Especially with tide and wind, I'm not going to risk it; as a captain I have a crew to

protect.  Furthermore, inter-array electric cables leading from turbine to turbine, and electric cables

that travel to onshore facilities from the wind turbines in the lease area will become exposed, as

has happened frequently in Europe in wind energy facilities in the ocean, making it likely that the

F/V Caitlin & Mairead's gear would risk getting hung up on a cable, and could result in the loss

of steering control of my boat, and its possible capsize.

      18.    These impediments to commercial trawl fishing in the Vineyard Wind lease area

resulting from the Federal Defendants' issuance of the lease and the approval of the Construction

and Operations Plan ("COP") will severely impede and make fishing extremely dangerous for the

F/V Caitlin & Mairead in the Vineyard Wind lease area, making future squid fishing trips to the

area impossible as a practical matter.  But for the lease issuance and COP approval, F/V Caitlin &

Mairead would continue to regularly fish for squid seasonally in the Vineyard Wind area.

      19.    As a result of the lease issuance and COP approval, Old Squaw will no longer be

able to fish for squid in the Vineyard Wind lease area, thereby losing approximately 30% of its

annual revenues, but if the lease issuance or COP approval is vacated by the court, Old Squaw will not suffer such economic injury because it will be able to continue to fish for squid in that area.

20.     Thus, the Vineyard Wind project will make fishing in the wind energy area by the Caitlin & Mairead impossible due: (i) entanglement of trawl fishing gear, (ii) lack of adequate wide transit lanes, (iii) interference with marine radar, (iv) increased dangers in connection with Search and Rescue operations (SAROPS), (v) the presence of the wind turbines and associated cables, and (vi) the pile driving and associated dredging or jet plowing or jet trenching and filling operations during construction.  These dangers to fishing safety will also disrupt and displace not only squid but also other marine life in the area, throwing the local marine ecosystem out of balance and further impacting Old Squaw's ability to fish in the waters of the Outer Continental Shelf in and around the Vineyard Wind lease area.  These adverse ecological impacts attributable to the Vineyard Wind project constitute the pollution of those waters and the degradation of all living things within them.

21.     As the Owner and President of Old Squaw, I have a keen interest in protecting the purity and cleanliness of these traditional fishing waters, not only because of the adverse economic impacts to Old Squaw of the Vineyard Wind project but also because I have devoted my entire adult life to fishing in the Atlantic Ocean, including in the Vineyard Wind area.  The environmental degradation of those waters by the Vineyard Wind project takes away not only from my business activity and profits, but also from the aesthetic and spiritual pleasures of fishing in those magnificent waters that I derive as the Owner and President of Old Squaw and as the Captain of F/V Caitlin & Mairead.  These adverse environmental and ecosystem impacts are directly attributable to the lease issuance and COP approval, and I understand that the court has the power

to vacate the lease issuance and COP approval, thereby erasing any such environmental, ecological, aesthetic and related harms attributable to the Vineyard Wind project.

22.     I knew at a very young age that I wanted to be a commercial fisherman.  I grew up on Great South Bay in Long Island in a bayhouse in the summer.  I loved fishing from the time I was eight years old, when I first started fishing with my next-door neighbor Kenneth Eastman on Oak Island.  He was a bayman, and I helped him haul his eelpots and learned to drive a boat.  Then I worked with another bayman, Vince O'Shea, gillnetting in Great South Bay and in the ocean.  I started clamming when I was 11 or 12 years old and did that all through high school.  By the time I was in the tenth grade in high school I was gillnetting with James Joeckel from Islip out of Montauk's port, and left school for about two to three months each year, stayed on the boat and fished daily.  I did that for three years, and when I graduated high school in 1974, I moved to Montauk to commercially fish full-time.

23.     I take pride in harvesting fish and feeding people, like a farmer must feel growing crops.  I believe the hardships and the bright spots of a farmer's life are similar to those of a fisherman.  The phrase "Farmers and fishermen feed the world," comes to mind.  I remember waiting for the bus one time with my daughters and wife in New York City years ago in the fall, and so many people were walking by, there must have been at least one thousand people on the street, and as I watched them I wondered how many of those people sat down to dinner with their families eating fish that I caught and have sent into the market over the course of my 50-year fishing career.

24.     I am very afraid that the Vineyard Wind project is going to destroy the pristine area south of Nantucket and north of Long Island that not only my family, but many other fishing families in my state, depend on to feed Americans and to provide sustenance for their families.  I

think offshore wind is going to change the way the fish migrate. They are going to leave the area. I think the construction, by that I mean pile driving the turbines and jet plowing for hundreds of miles of cable, is going to be brutal on the fish too, in all of their life cycle, the larvae, the young of the year, and the adults. Jet plowing, using water jets to either liquefy the ocean floor four to six feet deep or dig a trench equally deep in the ocean floor to lay hundreds of miles of cable, will destroy the larvae of squid and eels. The squid and other bait fish also will be adversely affected because of all the electromagnetic frequency in the cables that are necessary for the operation of the turbines. As a commercial fisherman, I know that fish aren't going to like the noise and sound from the turbines, especially when high winds make the turbines vibrate and it resonates from their bases onto the ocean floor during operation. The fish in the Vineyard Wind area likely will be unable to spawn as they normally do. That will affect all the animals in the food chain that depend on squid to eat. Plus, there are thousands of gallons of oils in each turbine, and the offshore substations contain almost 100,000 gallons of oil. If a hurricane runs through the Vineyard Wind area and knocks the turbines over, it will be an environmental catastrophe.

25.    Whenever I go to the Vineyard Wind lease area, I try to bring my camera with me. It is an area of amazing wildlife. I first went there in 1976 as a deckhand of the F/V Sea Mist, a 55-foot steel trawler, with Wayne Berkhoffer out of Montauk. Then and now, it is one of the most alive places I've ever fished. I love seeing the North Atlantic right whales ("NARWs"), the fin whales, and the pilot whales that are in the Vineyard Wind lease area. Plus it is a delight to see the tunas, swordfish, skipjack tunas, all jumping, and the sea birds working the bait fish.

26.    At night, when we go further down in the lease area to go whiting fishing (you catch whiting at night, squid in the day), before we set the net and you stop the boat, the bait fish are just exploding for acres in the water in all directions. All kinds of bait fish, squid, silversides, sand

eels, millions of them, more than anywhere else I've ever fished, it's magical.  It's the sand bottom that draws them there.  It's the perfect habitat for them, that's why they are there.

27.     Commercial fishing is rarely easy, but there is also a true feeling of calm and solitude in being able to work in an environment where you get to see and experience the beauty of nature daily.  And then you get to harvest the bounty and provide food for people.  It's hard work, but a very rewarding job on many levels.  Watching the endangered NARWs with their young skim-feeding is an amazing experience, and I have been fortunate to be a part of it, seeing a first-hand view of the nature and the sea on the Outer Continental Shelf, something few people on earth can say they have done.  I believe all of this construction and operation will also send the NARWs away from the area and that frightens me.  For thousands of years the NARWs and other whales and fish have migrated to breed and thrive in the Vineyard Wind lease area, and now I believe they will be put in harm's way because the wind farms will make them change the habits, they've had for milennia. They could wind up deaf from pile driving, or just running from the area because of the pile driving sounds and end up in a shipping lane and get hit.  They have migrated to the Vineyard Wind area for a reason, and I don't think we should mess with that.  The construction and operation of the Vineyard Wind project will deprive me of the aesthetic and spiritual pleasures I derive from viewing NARWs in the area.

28.     I plan to continue to fish in the Vineyard Wind lease area and observe the NARW and all the other whales and animals that congregate in that area through the foreseeable future if the Vineyard Wind lease and COP are vacated.  It is my understanding that the issuance of the lease and approval of the COP will harm the NARW through devastation of its critical habitat, as the sand shoal bottom laden with copepods, its main feeding source, will be destroyed via pile

driving and jet plowing creating a hard bottom strewn with cables spewing electromagnetic frequency and constant low-frequency noise from the operation of the wind farm.

29.     It is my understanding that the Federal Defendants' actions will result in harm, injury, and death to a diverse range of marine species, including whiting, squid, the North Atlantic Right Whale, and horseshoe crabs, plus destruction of their habitats, and the destabilization of the delicate marine ecosystem that I enjoy as the Owner and President of Old Squaw and the Captain of the F/V Caitlin & Mairead.

30.     It is also my understanding that the Federal Defendants' environmentally destructive actions in issuing the Vineyard Wind lease and approving the Vineyard Wind project will result in a sizable overall decrease in the U.S. wild-caught seafood supply in the North Atlantic region, especially when combined with many other offshore wind projects in the pipeline of the Federal Defendants, thereby negatively affecting market prices and U. S. wild-caught seafood availability for all Americans, including for myself and my family.

31.     As the Owner and President of Old Squaw, and as the Captain of the F/V Caitlin & Mairead, I take great personal satisfaction in being able to participate in feeding Americans and their families by fishing in the clean waters of the Atlantic, including waters in the Vineyard Wind lease area.  Because of the safety dangers and the environmental and ecological harms caused by the Vineyard Wind lease issuance and COP approval, the F/V Caitlin & Mairead will be forced to stop fishing in the Vineyard Wind lease area, thereby adversely impacting the psychological well-being and personal satisfactions I receive as Captain of the F/V Caitlin & Mairead attributable to knowing that my catching fish in that area helps to feed Americans a high-protein and low-cost food.

32.     Because the Federal Defendants directly caused the above harms by first issuing the Vineyard Wind lease and then approving the Vineyard Wind COP, Old Squaw has both an economic and an environmental interest in reversing those decisions before the imminent construction activities resulting from the COP approval make them irreversible.  Without the Vineyard Wind project approval, I would continue fishing in the Vineyard Wind area and enjoying the economic, aesthetic, and psychological benefits of pursuing my calling as a commercial fisherman in that area, both as Captain of the F/V Caitlin & Mairead and as Owner and President of Old Squaw.

33.     As Owner and President of Old Squaw, and as Captain of the F/V Caitlin & Mairead, I have an economic, environmental, and aesthetic interest in the maintenance of the Atlantic Ocean, including the waters of the Vineyard lease area, as a delicately balanced, biologically-diverse, and resource-rich environment.  I therefore oppose the government approval of any offshore wind project in the Outer Continental Shelf, including especially the Vineyard Wind project, which would endanger the ocean's ecological health, diversity, and rich resources, including the endangerment of any animal species or its critical habitat.

34.     Federal Defendants' actions would be fully redressed by the relief requested in Old Squaw's complaint, because such relief would prevent imminent offshore wind development in the Vineyard Wind lease area, allowing for continued trawl fishing and continued profitability for Old Squaw and for shoreside seafood distributors, and would protect endangered species in the area from habitat destruction and harm, preserving the beneficial biodiversity of the ocean and providing me with the ecological, aesthetic, and psychological benefits of fishing in the Vineyard Wind area.

Pursuant to 28 U.S.C. § 1746, I, David Aripotch, declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17 day of October, 2022, in the Town of EAST HAMPTO HAMLET OF MONTAUK in the state of NEW YORK .

DAVID ARIPOTCH
President
Old Squaw Fisheries, Inc.
P.O. Box 1036
Montauk, NY 11954

12