# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., LONG ISLAND COMMERICAL FISHING ASSOC., INC., XIII NORTHEAST FISHERY SECTOR, INC., HERITAGE FISHERIES, INC., NAT. W. INC. AND OLD SQUAW FISHERIES, INC.<br>    *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, THE HONORABLE DEB HAALAND, *in her official capacity as the Secretary of the Department of the Interior*, THE BUREAU OF OCEAN ENERGY MANAGEMENT, AMANDA LEFTON, *in her official capacity as the Director of the Bureau of Ocean Energy Management*, LAURA DANIEL-DAVIS, *in her official capacity as Principal Deputy Assistant Secretary,* THE UNITED STATES DEPARTMENT OF COMMERCE, THE HONORABLE GINA M. RAIMONDO, *in her official capacity as the Secretary of the Department of Commerce*, THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION / NATIONAL MARINE FISHERIES SERVICE, CATHERINE MARZIN, *in her official capacity as the Deputy Director of NOAA Fisheries*, THE UNITED STATES DEPARTMENT OF DEFENSE, THE HONORABLE LLOYD J. AUSTIN, *in his official capacity as the Secretary of the Department of Defense*, THE UNITED STATES ARMY CORPS OF ENGINEERS, LT. GEN. SCOTT. A SPELLMON, *in his official capacity as the Commander and Chief of Engineers of the United States Army Corps of Engineers*, and COLONEL JOHN A. | Civil Action No. 1:22-cv-11091-IT<br><br>Hon. Indira Talwani |

ATILANO II, *in his official capacity as the District Engineer of the New England District of the United States Army Corp of Engineers*,
        *Defendants,*

and

VINEYARD WIND 1, LLC,
        *Intervenor-Defendant.*

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Seafreeze Shoreside, Inc., Long Island Commercial Fishing Assoc., Inc., XIII Northeast Fishery Sector, Inc., Heritage Fisheries, Inc., Nat. W., Inc., and Old Squaw Fisheries, Inc., Plaintiffs in the above-named matter, hereby appeal to the United States Court of Appeals for the First Circuit from the opinion (Doc. No. 138) and judgment (Doc. No. 139) of the United States District Court for the District of Massachusetts entered in this action on October 12, 2023, denying Plaintiffs' Motion for Summary Judgment.

DATE:  October 16, 2023,      Respectfully submitted,

        */s/Theodore Hadzi-Antich*
        ROBERT HENNEKE (*Pro Hac Vice*)
        TX Bar No. 24046058
        rhenneke@texaspolicy.com
        THEODORE HADZI-ANTICH (*Pro Hac Vice*)
        CA Bar No. 264663
        tha@texaspolicy.com
        CONNOR MIGHELL (*Pro Hac Vice*)
        TX Bar No. 24110107
        cmighell@texaspolicy.com
        TEXAS PUBLIC POLICY FOUNDATION
        901 Congress Avenue
        Austin, Texas 78701
        Telephone:   (512) 472-2700
        Facsimile:    (512) 472-2728

          */s/Ira H. Zaleznik*
          IRA H. ZALEZNIK (BBO #538800)
          izaleznik@lawson-weitzen.com
          LAWSON & WEITZEN, LLP
          88 Black Falcon Ave., Suite 345
          Boston, MA 02210-2414
          Telephone:   (617) 439-4990
          Facsimile:    (617) 439-3987

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically on October 16, 2023, with the Clerk of the Court for the District of Massachusetts by using the CM/ECF system, causing electronic service upon all counsel of record who have registered with the Court's CM/ECF system.

          */s/Theodore Hadzi-Antich*
          THEODORE HADZI-ANTICH